237 So.2d 397

**LOUISIANA STATE BOARD OF MED-
ICAL EXAMINERS**

v.

**Frank MOORING.**

No. 50652.

June 29, 1970.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

237 So.2d 397

**James W. REEDER, Individually and as the
Administrator of the Estate of his Un-
emancipated Minor Son, Charles Reeder**

v.

**ALLSTATE INSURANCE COMPANY and
Tiger Mix Concrete Co., Inc.**

No. 50657.

June 29, 1970.

Writ refused. There is no error of law in the judgment.